**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACQUELINE M. SEWELL, individually and in her capacity as Executrix of the Esetate of GREGSON R. SEWELL, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 3:11-01721<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 25th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 16) is **DENIED**.

                                                     /s/ A. Richard Caputo
                                                   A. Richard Caputo
                                                   United States District Judge