**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACQUELINE M. SEWELL, individually and in her capacity as Executrix of the Esetate of GREGSON R. SEWELL, deceased, | CIVIL ACTION NO. 3:11-01721 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| LIBERTY LIFE INSURANCE COMPANY, | |
| Defendant. | |

## <u>ORDER</u>

**NOW**, this 25th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 16) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge